UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-mj-03406-AOR

UNITED STATES OF AMERICA

vs.

JOHN MARBEL LOPEZ MERA, and
CRISTHIAN RUBEN RIVERA TEJENA,

      Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

                                  Respectfully submitted,

                                  WIFREDO A. FERRER
                                  UNITED STATES ATTORNEY

BY: _____
       ROBERT EMERY
       ASSISTANT UNITED STATES ATTORNEY
       Court ID No. A5501892
       99 N. E. 4th Street
       Miami, Florida 33132-2111
       TEL (305) 961-9421
       FAX (305) 530-7976

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOHN MARBEL LOPEZ MERA, and | ) | Case No. 16-mj-3406-AOR |
| CRISTHIAN RUBEN RIVERA TEJENA, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 18, 2016__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 46 U.S.C. 70503(a)(1) and 70506(b) | On board a vessel subject to the jurisdiction of the United States, with the Southern District of Florida being the district at which the defendant(s) first entered the United States, conspiracy to possess with intent to distribute a controlled substance, that is, a mixture and substance containing five (5) kilograms or more of cocaine. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jeremy Youngblood, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/14/2016__

_____
*Judge's signature*

City and state: __Miami, Florida__   ALICIA M. OTAZO-REYES, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jeremy Youngblood, first being duly sworn, depose and state:

1. I am a Special Agent with the United States Drug Enforcement Administration (DEA) and have been so employed since May 2012. I am presently assigned the Miami Field Division where I am responsible for conducting narcotics smuggling investigations involving the use of marine vessels. As a Special Agent with DEA, I have participated in numerous narcotics investigations involving physical and electronic surveillance, the control and administration of confidential sources, international drug importations, and domestic drug organizations. I have participated in the arrest and subsequent prosecution of numerous drug traffickers. I also have spoken on numerous occasions with informants, suspects, and experienced narcotics investigators concerning the manner, means, methods and practices that drug traffickers use to further the operation of their drug trafficking organizations and the most effective methods of investigating and dismantling drug trafficking organizations.

2. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21, and 46 of the United States Code.

3. The information contained in this Affidavit is submitted for the sole purpose of establishing probable cause for the arrest of JOHN MARBEL LOPEZ MERA and CRISTHIAN RUBEN RIVERA TEJENA for violations of Title 46, United States Code, Sections 70503(a)(1) and 70506(b), that is, having knowingly and willfully conspired to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

4. Because this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me and other law enforcement officers involved in this investigation. The facts and information contained in this Affidavit are based on my personal knowledge and observations, as well as upon information received in my official capacity from other individuals, including other law enforcement officers involved in this investigation as well as my review of records, documents, and other physical items obtained during the course of this investigation.

5. On September 18, 2016, a Marine Patrol Aircraft (MPA) detected a northbound Go-Fast Vessel (GFV) in international waters and upon the high seas approximately 240 nautical miles southwest of the Mexico/Guatemala border. The United States Coast Guard Cutter (USCGC) ACTIVE was notified and launched assets to investigate.

6. USCGC ACTIVE over the horizon (OTH) vessel successfully detained the GFV. The USCG boarding team boarded the GFV and conducted an initial safety sweep. The GFV had three occupants on board who identified themselves as JESUS FRANCISCO PIN PILLIGUE, JOHN MARBEL LOPEZ MERA, and CRISTHIAN RUBEN RIVERA TEJENA. All three made an Ecuadorian claim of nationality and advised the vessel is of Ecuadorian nationality as well. The Government of Ecuador was contacted. The Government of Ecuador responded that they could neither confirm nor deny the nationality of the vessel and the GFV was treated as a vessel without nationality. The boarding team observed approximately 28 bales (600 kilograms) which tested positive for cocaine onboard the GFV.

7. On October 13, 2016, the USCG transferred custody of JOHN MARBEL LOPEZ MERA, and CRISTHIAN RUBEN RIVERA TEJENA to United States law enforcement

officers. On that same date, the two crew members from the GFV were brought to the Southern District of Florida where they first entered the United States.

8. Based on the foregoing facts, your Affiant submits that probable cause exists to believe that, JOHN MARBEL LOPEZ MERA, and CRISTHIAN RUBEN RIVERA TEJENA, while on board a vessel subject to jurisdiction of the United States, did knowingly and willfully conspire to possess with intent to distribute a controlled substance, that is, five kilograms or more of cocaine, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

_____
JEREMY K. YOUNGBLOOD, SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Subscribed and sworn to before
me this the __14th__ day of October, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE